UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

HENNADII BASENKO                                              PETITIONER

VERSUS                                CIVIL ACTION NO. 5:26-CV-160-DCB-RPM

WARDEN et al                                                 RESPONDENTS

## **ORDER**

This matter is before the Court on Petitioner Hennadii Basenko's [4] Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.

Here, the proper respondent is the "person having custody over the person detained." 28 U.S.C. § 2243.  "Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004).  "[T]he proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." *Id.* at 435.  Thus, Respondent Rafael Vergara, the Warden of Adams County Correctional Center, is the proper respondent.  The Court directs Respondent Vergara to file an answer or other responsive pleading.

IT IS THEREFORE ORDERED that Rafael Vergara, Warden of Adams County Correctional Center, is the proper respondent and that any others named on the docket are hereby terminated as respondents.[1]

IT IS FURTHER ORDERED that the Clerk of Court is directed to correct the caption of the

---

[1] To the extent necessary, the Court reserves the right to reinstate the others named on the docket.

case to reflect that Rafael Vergara, the Warden of Adams County Correctional Center, is the Respondent.

IT IS FURTHER ORDERED that Respondent Vergara shall file an answer or other responsive pleading in this cause **within 10 days** of the service of a copy of this Order.  Respondent Vergara shall file with his answer or other responsive pleading any agency records or court records relevant to the disposition of this action.  **Within 7 days** after the filing of Respondent's answer or other responsive pleading, Petitioner may file a response/reply.

IT IS FURTHER ORDERED that the Clerk of Court shall serve, by certified mail, a copy of the [4] Amended Petition filed herein, along with a copy of this Order upon the Civil Process Clerk, Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden, Adams County Correctional Center, P.O. Box 850, Washington, MS 39190.

SO ORDERED, this the 26th day of March 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE